# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBARA BOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 10-1961 (RJL)** |
| | ) | |
| **ATSI/JACKSONVILLE JOB CORPS** | ) | |
| **CENTER, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that Defendant Clark V. Hayes's Special Appearance Motion to Dismiss,

ECF No. 8, is **GRANTED**; and it is

**FURTHER ORDERED** that all claims against Mr. Hayes are **DISMISSED**.

**SO ORDERED** this 20 day of September 2011.

_____
RICHARD J. LEON
United States District Judge